NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


OTIS JAMES WRIGHT,                           )
                                             )
                Appellant,                   )
                                             )
v.                                           )        Case No. 2D17-2886
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
                                             )
_____)

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Otis James Wright, pro se.

PER CURIAM.


                Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.